UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN RE M/V D'CREE, a 41' Silverton,
her engines, tackle, equipment, apparel,
and appurtenances.                              CASE NO.: 8:09-cv-2279-T-23AEP

_____/

**ORDER**

An April 22, 2011, order (Doc. 117) closes the in rem action and leaves pending the in personam action against the defendants Keisha Benevides[1] and Peter Benevides. On June 7, 2011, counsel for the defendants moved (Doc. 130) to withdraw. On June 8, 2011, Magistrate Judge Anthony E. Porcelli held a pre-trial conference and, as an initial matter, heard argument on the motion to withdraw. According to the defendants' counsel, both Keisha and Peter Benevides refuse to communicate with counsel and to comply with requests pertaining to counsel's services. Judge Porcelli canceled the pre-trial conference, ordered Peter Benevides to appear personally for a hearing on June 17, 2011, and warned that failure to appear would result in a default. The Clerk sent Judge Porcelli's order to Peter Benevides by regular and certified mail to the address provided by counsel. Additionally, counsel notified the defendant of the hearing by telephone, electronic mail, and regular mail. Because Peter Benevides failed to appear at the June 17 hearing, Judge Porcelli issued a report (Doc. 135) that

---

[1] On October 26, 2010, the Clerk defaulted (Doc. 76) Keisha Benevides.

recommends granting counsel's motion to withdraw and defaulting Peter Benevides, who fails to timely object.

Accordingly, the report and recommendation (Doc. 135) is **ADOPTED**, and the motion to withdraw (Doc. 130) is **GRANTED**. The answer (Doc. 35) filed by Peter Benevides to Bruce Joseph's intervening complaint (Doc. 14) is **STRICKEN**. The Clerk is directed to enter a default against Peter Benevides, and the intervening plaintiffs are directed to proceed without delay to apply for a default judgment in accord with Local Rule 1.07(b) and Rule 55(b), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on July 8, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE